# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF FLORIDA
### CASE#   1:18-CV-21539-UU

Michelle Hudson

## PLALINTIFF(S)

VS.

EVOCATIVO PRODUCT DESIGN LLC

## JURY TRIAL DEMAND

## Defendant(s)

_____ /

## AMENDMENT TO COMPLAINT

# COMPLAINT

FILED BY ⏤ D.C.

DEC 23 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

135

## I.  PLAINTIFF/PARTIES

Michelle Hudson Hale
U.S. Citizen/ ProSe
18117 Biscayne Blvd  #1008
Aventura, Florida  33160


## DEFENDANT

Evocativo Product Design LLC
1980 Festival Drive  Suite 300
Las Vegas, Nv 89135
S. Summerlin
702 527-2409

Nevada Business ID# NV20191184660
 ENTITY#   EO109172019

2

## II.        JURISDICTION / VENUE

1.        Title 28 Section 1391(b) US Code FRCP -

Jurisdiction under U.S. Code Title 28 Part IV

Chapter 85 - Code 1332.

2.         This action also applies to Jurisdiction of Person- which

gives Jurisdiction regardless of location of Persons and

is applicable to Diversity Actions regarding locations of

persons regardless of location.

3.        The U.S. Constitution provides for concurrent federal

Jurisdiction in actions between citizens of different states.

Case Reference  Strawbridge v. Curtis 7 U.S. 267 (1806).

4.        Proper Venue is applied as it relates under Section

139 (b) (2), applicable to districts where future harm

3.

## III.  **CAUSE OF ACTION**

## **NEGLEGENCE**

4

# REASON FOR STATNG A CLAIM
## Chapter 768  Secton 81-2011  - A Florida Statute Case Law Reference

The last own email contact with this business was ade on September 20, 2016,

The following business relationship came to an end October  because it is clear after

Attempts to get any information about this project ended January of 2017 when the Plaintiff's

 Health worsened as a result of exhaustion due to abandonment and alienation of the project.

 Monet Hudson and plaintiff first met with Glen Bott and Robert DeBardeleben.  The meeting was

scheduled to discuss the project, what it would look like based on a home made face model, the costs

and time frame necessary for completion deadlines as there was a deadline for completion of the

project necessary to receive SBA loan funding for a loan for further production, manufacturing,

products in stock and sales. of the finished product. We were told most products were already in

house and they could have the mask made in a matter of weeks. The Defendant and Plaintiff entered

into  contract of which details in the proposal outline, phased approach dated  August 7, 2015.  This

agreement was for a three month period and ended December, 2015  When funds were delayed until

January.  Robert DeBardeleben was contacted.  He was made aware of the issues and it was

verbally agreed that we would continue without a contract but based on the proposal outline of August

7, 2015.  January of 2016,  the plaintiff,  agreed to start working on the project according to the

outline knowing that the original contract expired. There was an exiting business relationship and it

was based upon the need for a base model, that would ultimately become a working prototype by the

end of the new established three month period.



On August 18, 2016 - Evocativo Product Engineering Services on behalf of Evocativo LLC, initiated

a Steam Mask Product Manufacturing A Written Proposal Agreement would be good for two months

necessary for this proposal  be fulfilled.  The cost for a working product close to prototype ready manufacturing was estimated at  $27,000.00  and the work should completed cold be seen for observation at the end of the project.  This process was to be preformed in Phase i, II , and III but We never saw any finished working parts demonstrations.  When requested the appointments were always cancelled and or delayed making it necessary to end the non contracted proposal that was initiated based on the good faith and a proposal .  We initially trusted the business relationship that continued from August 7, 2015 until August 18, 2016, was never finalized.   After its initiation by the Evocativo Product Engineering Services of Initiator, Robert DeBardeleben, the project came to a complete standstill about May,2016 after It was made known to the Cad Designer  that another manufacturer would take over the process. (See Exhibit 27- sent to GoldenWest Technology.  The project would come to a stand still.  The Proposal including the CAD 3-D Designs and operating model demonstrating Phase 1- thru Phase 4 were never completed. They wanted to speak to this manufacturer  regarding heating parts that they said we're finished in March.  (See Exhibit 28 & #13). I did not want steam and requested to see the contract agreement, (See Exhibit 31). I was told would be sent necessary to verify what exactly I have paid for and only the proposed agreement could be sent and not the original contract that expired.  The payments are received, and I needed a finished project as promised but nothing to suggest project near completion after the first  $15,000.00 payment was given upfront without seeing the word. I face loosing millions of dollars, money has been alleged to been spent on a project I never see when in the making and  I will not give them my new manufacturer contact info as it was not professional in my opinion to involve the contact before I had the 3dcad's and adequate models to see at this point.  The next day I called and requested to see what was finished and how parts operated as of May 3,2016, was told everything nearly completed, & possible money returned after project completion but this never happened. (See Exhibit 29). All responses from them at his point consisted of new proposals costing more money and new contracts when I have nothing to show to the Manufaturing company.  The plaintiff  paid  $27,00000 for a project I could never see or validate that any work actual work ever started or was completed as reported.

The 3-D Cad designer asked if the prototype needed to work, and I told him the answer was yes, it was agreed in original discussions and it would be manufactured as soon as their work was complete and I made it clear that we were in the final stages. There was never contact from him again and the project stalled, my requests were not answered and false assumptions, inability to communicate necessary to obtain the  final 3-D CAD drawings and Model went on deaf ears.  We never were given information to provide to prospective manufacturers and and it was clear the project was in jeopardy. would There were months no response.  After requesting to see final project to date with no success, was told only parts were available and would be in the mail but they were never received as well.  It was clear in August, if no signing of contract to manufacture, this project would proceed.

There were reassurances that there would be no problems, that the project was basic compared to other products made and was showed prior products. They stated that they had most of the parts in house and on shelf and few had to be ordered outside and that most parts were inexpensive and the bulk of the cost would be in producing a model and the prototype. They saw a hand made prototype made by myself and was told a handmaid model was required and it was agreed to but never shown, never demonstrated nor delivered knowing this production was necessary and in addition to a finished prototype because of  business loan stipulations at that time .  They were told contract had to end when a loan did not go thru on dates first estimated . They were aware that it would be months before financing would be available to complete the project . and they were aware that the reason for making the prototype was necessary for obtaining a loan as well as being assured a safe product that could be marketed and sold.

Design instructions were given throughout the mask making process.  There were  detailed  instructions regarding the design and functioning parts. I also made clear I wanted to see the steam flowing thru a mask model where steam would be introduced directly on to the face because it was necessary for moisturizing of the face as well as for those who had clogged nasal passages which could cause breathing concerns. It was made clear that this device  would have the capacity to open breathing

passages. Since my discussions with this company three new products have been introduced into the

market and are are being sold . These products are known as the Powered Sinus Decongestionator

which is Sold for $99.00, and the Sinus Decongestionator sold for $99.00 and the Navage Nasal Care

retails for 89.00 are news products made and are on the market after my mask was not made but was

to be designed for the same medicinal purpose.


We were told that this assembly w would replicate the electrical components of an iron which

produced steam,  and that they would use parts from similar models of steam facial products on the

market to make steam that would be sufficient to flow without any complications, steam flow

from the plastic mask on to the face of the individual using the mask.  We were told the parts were

minimal and were not expensive.  We were told that they could complete the project with no issues

with getting the project completed but in May no product and instead more money was being asked

for as well as a new contract deal that was not necessary at the time as the project was over and the

model and or prototype was required to be made available because the $27,000.00 payment had

been submitted when told the payment was all required to complete the project .*{See A signed

agreement that expired in three months as this was the agreed upon deadline for the prototype to be

finished. We were told a new agreement would be sent but was never received and we simply continued

the project based upon our business relationship based upon a prior contract that had ended.  We felt at

this point all parties knew what was required to continue with this positive business relationship that

was ongoing for at least six months and making my deadlines very hard to meet at this point in time.

 It was always made it clear that I needed a working prototype to show buyers within two months.

The first payment of 5,000 wasn't until January 13, 2016 and it was made necessary to get project

creation started because without the prototype I would not receive a SBA loan and this was explained

to Mr. DeBradenton who was told that a working prototype was a term of the proposed loan of which

cost of prototype was included a business plan with projections of 1M the first year and increasing by

twenty five percent each year thereafter.


There  was never a signed contract agreement thereafter.  The assignment began based on a

8

consented agreement to continue the project based on what was agreed during the first initial

discussion.  There were agreed discussion on completion of the prototype in accordance to the

proposed outline of Aug 7, 2015.  It was made clear that the end product would be a working

prototype.  There was never a discussion about prototype manufacturing , assembly or testing

that was outlined in Additional phases  of paragraph eight of an outline sent several days later and

was omitted from the contract agreement.


I had to have a working prototype to be eligible to receive a loan and when it was not finished on time

I lost all funding.  I never made an agreement with Evocativo, or anyone employed by Evocativo that I

wanted their help with manufacturing and when I thought the prototype was in the final finishing

stages I made it clear I would be handling the manufacturing of this product elsewhere and I need

estimates to start another prototype.  At this point all work on my project ended and I

never received a working prototype, was told could see the final product at their office and each

appointment was postponed.  I requested a hold on everything until I could come to the office

personally and was told only parts existed and I requested what they had to be mailed and I never got

the parts in the mail. They said were returned, I requested he hang on to them as non working parts

that were never negotiated. (See Exhibit 40A) I looked into plastic parts  for the face masks and parts.

The costs were not expensive. They had the money but refused to provide a model or cad3 design.

They provided pictures only.  This was never part of the negotiations and not sufficient for a quaffing

Model or Prototype necessary to obtain a Small Business Loan because Bankers need a presentation

of an operating mask that releases steam and they were aware of this when accepting the job.


The prototype stalled during May, 2020, and no model nor prototype were made available for review

after they were told I had to have the final model to examine and someone else would be

manufacturing the product for sale.  We never discussed going any further with the project beyond a

working prototype model.  Was told electrical components were in place and the plastic to model the

mask I was told would not be an issue. I checked into plastic costs and it was minimal and I was sure

nothing would interfere with the project but would be told in May more money was required for parts

that were already paid for.  (See Exhibit 19 under description which states CAD Models were being made and  30 parts in the making, electrical parts on shelf inExhibit 13.

 From this point the discussion would involve manufacturing questions of which I never intended them to be involved. Their October a contract asking for more money totaling close to $10,000.00 was needed to make a face mask molds. I did not understand why this was being requested when I needed  1 plastic operating mask component that cost almost $30,000.00.  Molds were never mentioned and out of the question because they could make thousands of masks from a mold I didn't need that I payed for but this is what is required to finish the product I needed in May and was not available to see.  Someone would stall on the project by being out of the office or on holiday and  it was clear of need for the prototype model that produced steam in my possession as agreed because deadlines to have a sellable product to produce sales had to be functioning at some capacity at this point .  We never saw nor received a finished product.  It took  two months to assurance steam could materialize itself from tubes and flowing directly on to ones face when it was made clear holes had to be around the face of the mask necessary for steam to effectively flow on the entire face. Both engineers understood the concept and assured me they could make a working model that I would own when it was finished.

In May they had received $27,000.00 and I am led to believe they have the money needed to finish the project which projects a finished project 16 to 24 hrs from receipt of the money.( See Exhibit 47).
 problem making an operating model and prototype that they failed to produce.  I received nothing That was written and promised verbally at the initial meeting which promised a working prototype. They could never provide original agreement and every agreement after was nothing discussed In the initial meeting with DeBradendeton. They would continue to make excuses, ask for more Money for work not completed.

The manufacturer needed to see 3dCad Model and all pictures and when they could not produce them without some model to work from it would be impossible for anyone else to manufacture.  My

*10*

business would also fail without the production this model.  I have invested my life savings and needed to see the work on the model to date and it was never presented.  At the end of discussions I am told only parts exist meaning it was never constructed and there was no proof the steam operated within a plastic tube or structure.

They were always ordering parts but how did they know what parts were needed without a work in progress that would need constant testing within the mask and tubes. This has never been built before and the pictures could not promise a final steam producing product..  There was no way for anyone to reproduce their work at this point because it was inoperable according to everyone I showed the pictures produced thus far and they received  the $26,000.00.  Plaintiff is led to believe they have all money needed to finish the project which projects a finished project 16 to 24 hrs from receipt of the money.( See Exhibit 47). problem making an operating model and prototype that they failed to produce.

They could never arrange a meeting to demonstrate the product and they could not do so because They failed to complete any clerical working parts and in the end had only plastic parts. The working model was not developed that could show something that you cold turn on and end result would be steam emitting on to the face.  I Was told they had all parts in-house and wouldn't need to buy parts and after four months they had no plastic pats and still needed the main electrical components.. Necessary to make and demonstrate a working model.  It had to be assembled and electrical had to be integrated into the plastic mask determine if the parts and clerical components would operate and according to them they only made parts that were never assembled into a model and they assured.

# A CLAIM FOR PUNITITIVE DAMAGES BY INCLUDING A PROUCTIONOF DISCOVERY EVIDENCE

# DECLARATORY  RELIEF

Plaintiff incorporates by reference the allegations of

paragraphs 1 through 56, as though fully set forth herein.

An actual controversy has arisen and exists between each

party concerning  the following CLAIM OF LOSS:

1.    Possible Lost Earnings;

| | |
|---|---|
| Estimated Lost Rents | $  540,000.00 |
| Loss Earnings | $1.300.000.00 |
| Pain/Suffering | $    20.000.00 |
| Other Damages To Be Determined & To be added to this Estimate | |
| Doctor Bills | $    10,000.00 |
| Lost Property Chelsea, Ma Spring, Tx Miami, Fl | $ 910,000.00 |
| Taxes | $      7,000.00 |
| TOTAL ESTIMATED LOSS And Or Amounts To Be Determined | $2,787,000.00 |

Figures  Are Estimates Of Actual Damages &

ACTUAL LOSS / TOTAL AMORATIZATIONS THAT

NEED FURTHER REVIEW.

13

2.    Defendants lack of compliance to Statutes and
       laws governing corporate law.

3.    any and all other issues that may be shown

      according to proof.

The plaintiff requests a trial by jury and all Judicial

declarations necessary to enable both parties to

ascertain all rights and duties as they pertain to

this case.

The Plaintiff requests that this trial remain open and

available for all interested parties to view until this

case has concluded.

Plaintiff requests summons be delivered by Court Appointee

or Certified Mail due to status of Pro/Se filing status.

WHEREFORE, Plaintiff(s) pray for the following relief:

1.    An award of compensatory damages in the amount to be

14

shown according to proof;

2.    Declaratory relief as required herein;

3.    Attorneys fees and costs to the extent allowed by law;

4.    Punitive Damages as it applies to Corporations and acts

made by employees, as a Corporate employer, like and

individual employer, may be held liable for punitive

damages where there is proof of willful and wanton

misconduct,

Reference: Schropp v. Crown Eurocars, Inc., 654 So.2d 1158.

5.    Such further and other relief as this court deems just and

proper.

6,    Such relief for Mental Anguish, Pain Suffering

7.    Loss Of Family Member

8.    A trial by jury as it applies to Florida Statute 913-

Case References:

State v. Neil, 457 So. 2d 481 (Fla. 1984); City of Miami v.

Cornett,  463 So. 2d 399 (Fla. 3DCA 1985).

15

8.    A trial by jury as it applies to Florida Statute 913-

Case References:
MM Rental Tools, Inc VS. Milchem, Inc

Mobile Mechanical Contractors Assn  VS.
Carlough  456 F.Supp 310 (D.C.) Ala. 1978)

Amendments to this pleading will be made available to

this court shortly regarding Pleadings

for any and all claims for relief not stated herein.

Michelle Hudson
18117 Biscayne Bvd #1008
Adventra, Fl 33160
1800 872 0386
Pro/ Se

*16*

I HEREBY CERTIFY that a true and correct copy of thIS COMPLAINT,
was furnished  to the Defendant, EVOCATIVO PRODUCT DESIGN LLC,
1980 FESTIVAL PLAZA DRIVE , Las Vegas, NV    89135.

_____

**Plaintiff Signature**

**&**

**NOTERIZED**

On this ___4th___ day of ___December___2020.

_____

**SIGNATURE OF NOTARY**

**NOTARY SEAL**

RENEE M. LIBER
MY COMMISSION # GG945846
EXPIRES: January 09, 2024

RENEE M. LIBER
MY COMMISSION # GG945846
EXPIRES: January 09, 2024

17